RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01287-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO LIMIT DAMAGES ON OR BEFORE NOVEMBER 10, 2023** |

IT IS HEREBY STIPULATED, by and between Plaintiff, LATASHA CARROLL, by and through her attorney, RALPH A. SCHWARTZ, ESQ., of the law firm of RALPH A. SCHWARTZ, P.C, and Defendant, UNITED STATES OF AMERICA, through the United States Postal Service, by and through their attorney, STEPHEN HANSON, ESQ. of the U.S. ATTORNEYS OFFICE, that Plaintiff may have through November 10, 2023, to file an

///

///

///

Opposition to Defendant's Motion to limit damages.

Dated this 6th day of November, 2023.

RALPH A. SCHWARTZ, P.C.

| | |
|---|---|
| /s/ Ralph A. Schwartz | /s/ Stephen R. Hanson |
| RALPH A. SCHWARTZ, ESQ. | STEPHEN R. HANSON, II |
| Nevada Bar No. 5488 | Assistant United States Attorney |
| 400 South Seventh Street, Suite 100 | 501 Las Vegas Blvd. So, Suite 1100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER

IT IS HEREBY ORDERED that Plaintiff may have through November 10, 2023 to file an Opposition to Defendant's Motion to Limit Damages.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/8/2023