JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:22-cv-01287-JCM-BNW <br><br> **Stipulation to Extend Joint Pretrial Order Deadline** <br><br> **(Second Request)** |

Plaintiff Latasha Carroll and Defendant United States of America, by and through their undersigned counsel, hereby agree and stipulate to extend the deadline to file the joint pretrial order from December 11, 2023, to February 11, 2024. This is the second request to extend the deadline for the joint pretrial order.

Discovery closed in this matter on September 12, 2023. The joint pretrial order is currently due on December 11, 2023. In light of the Court's order limiting Plaintiff's damages to the amount of her administrative claim (ECF No. 25), the parties believe that they will be able to reach a settlement in this case. The United States needs to obtain

settlement approval from officials within both the United States Attorney's Office and the United States Postal Service. Once the settlement agreement is fully executed, it may take up to four weeks for the Judgment Fund to process the payment and deposit it into Plaintiff's counsel's trust account.

For the foregoing reasons, the parties stipulate to extend the deadline for the joint pretrial order to February 11, 2024.

Respectfully submitted this 7th day of December 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RALPH A. SCHWARTZ, P.C. |
| /s/ Stephen R. Hanson II<br>Stephen R. Hanson II<br>Assistant United States Attorney | /s/ Ralph A. Schwartz<br>Ralph A. Schwartz<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  12/11/2023