JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01287-JCM-BNW<br><br>**Stipulation to Extend Joint Pretrial Order Deadline**<br><br>**(Fifth Request)** |

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiff Latasha Carroll and Defendant United States of America, by and through their undersigned counsel, hereby apologize and request that the Court extend the already passed deadline to file the joint pretrial order from April 12, 2024, to May 31, 2024. ECF No. 32. The parties have an excusable neglect for requesting the extension after the deadline has passed. This request is not made for the purpose of causing undue delay and prejudice. The parties are acting in good faith to get this case resolved by continuing their settlement negotiations. Discovery closed in this matter on September 12, 2023.

Fed. R. Civ. P. 6(b)(1)(B) states:

(b) EXTENDING TIME. (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time: …(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The parties sincerely apologize for missing the Court's joint pretrial order deadline due to an excusable neglect. Due to staff shortages and recent departure of the AUSA, who previously handled this mater, the joint pretrial deadline was inadvertently missed during the reassignment process. A settlement offer was extended to Plaintiff before the expiration of the current joint pretrial order deadline, which due to email issues Plaintiff was delayed in rejecting the initial offer until April 19, 2024. Due to these email issues, Plaintiff's counsel also was not receiving the undersigned emails about the passed deadline of the joint pretrial order. Plaintiff's counsel advised that these email issues are now resolved.

The United States has obtained settlement authority from officials within both the United States Attorney's Office and the United States Postal Service, and the United States and Plaintiff continue with their settlement negotiations. In light of the Court's order limiting Plaintiff's damages to the amount of her administrative claim (ECF No. 25), the parties believe that they will be able to reach a settlement in this case.

///

///

///

///

///

///

///

For the foregoing reasons, the parties request that the Court extend the deadline for the joint pretrial order to May 31, 2024, which was missed due to the excusable neglect by the parties.

Respectfully submitted this 22nd day of April 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RALPH A. SCHWARTZ, P.C. |
| */s/ Virginia T. Tomova*<br>Virginia T. Tomova<br>Assistant United States Attorney | */s/ Ralph A. Schwartz*<br>Ralph A. Schwartz<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4/23/2024