JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>                Defendants. | Case No. 2:22-cv-01287-JCM-BNW<br><br>**Stipulation to Extend Joint Pretrial Order Deadline**<br><br>**(Sixth Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiff Latasha Carroll and Defendant United States of America, by and through their undersigned counsel, hereby request another extension of the joint pretrial order deadline as they are working towards settling this matter. The parties request a 45-day extension of the current joint pretrial order deadline of May 31, 2024. ECF No. 35. This is the sixth request for extension and if granted the new deadline to file a joint pretrial order will be July 15, 2024. This request is not made for the purpose of causing undue delay and prejudice. The parties are acting in good faith to get this case resolved by continuing their settlement negotiations.

On May 29, 2024, Plaintiff extended a counteroffer to the Defendants, which the Defendants need time to evaluate. Considering the Court's order limiting Plaintiff's damages to the amount of her administrative claim (ECF No. 25), the parties believe that they will be able to reach a settlement in this case. For the foregoing reasons, the parties request that the Court extend the deadline for the joint pretrial order to July 15, 2024.

Respectfully submitted this 31st day of May 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RALPH A. SCHWARTZ, P.C. |
| /s/ Virginia T. Tomova<br>Virginia T. Tomova<br>Assistant United States Attorney | /s/ Ralph A. Schwartz<br>Ralph A. Schwartz, Esq.<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   6/3/2024