RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.:  (702) 888-5291
Facsimile No.:  (702) 888-5292
Email:  mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO:  2:22-cv-01287-JCM-BNW<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER**<br>**(Eighth Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiff Latasha Carroll and Defendant United States of America, by and through their undersigned counsel, hereby request another extension of the joint pretrial order deadline as they are still working towards settling this matter. The parties request a 60-day extension of the current joint pretrial order deadline of September 13, 2024. ECF No. 35. This is the eighth request for extension, and if granted the new deadline to file a joint pretrial order will be November 12, 2024. This request is not made for the purpose of causing undue delay and prejudice. The parties are acting in good faith to get this case resolved by continuing their settlement negotiations.

On September 13, 2024, Defendant extended another offer to the Plaintiff, which counsel needs to discuss with Plaintiff. It is believed the current settlement offer will likely resolve the matter.  The parties request a status check with the court in 30 days regarding the

Page 1 of 2

status of settlement.

For the foregoing reasons, the parties request that the Court extend the deadline for the joint pretrial order to November 12, 2024. The parties also request a status check with the court in 30 days or October 13, 2024, regarding the status of settlement.

Respectfully submitted this 13th day of September, 2024.

| RALPH A. SCHWARTZ, P.C. | U.S. ATTORNEYS OFFICE |
|---|---|
| /s/ *Ralph A. Schwartz* | */s/ Virginia T. Tomova* |
| RALPH A. SCHWARTZ, ESQ. | VIRGINIA T. TOMOVA, ESQ. |
| Nevada Bar No. 5488 | Assistant United States Attorney |
| 400 South Seventh Street, Suite 100 | 501 S. Las Vegas Blvd., Suite 1100 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89101 |
| *Attorney for Plaintiff* | *Attorneys For Defendant USA* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/16/2024