RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email:  mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO:  2:22-cv-01287-JCM-BNW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between RALPH A. SCHWARTZ, ESQ., counsel for Plaintiff, LATASHA CARROLL, and VIRGINIA T. TOMOVA, ESQ., counsel for defendant, United States of America, that the Status Conference scheduled for Tuesday, October 15, 2024, be set out for sixty (60) days.  The parties have reached a settlement agreement in the case and request a status check regarding the settlement documents.

Respectfully submitted this 14th day of October, 2024.

| | |
|---|---|
| RALPH A. SCHWARTZ, P.C. | U.S. ATTORNEYS OFFICE |
| */s/ Ralph A. Schwartz* | */s/ Virginia T. Tomova* |
| RALPH A. SCHWARTZ, ESQ.<br>Nevada Bar No. 5488<br>400 South Seventh Street, Suite 100<br>Las Vegas, Nevada  89101<br>*Attorney for Plaintiff* | VIRGINIA T. TOMOVA, ESQ.<br>Assistant United States Attorney<br>501 S. Las Vegas Blvd., Suite 1100<br>Las Vegas, NV   89101<br>*Attorneys For Defendant USA* |

STIPULATION TO CONTINUE STATUS CONFERENCE
*CASE NO: 2:22-cv-01287-JCM-BNW*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/15/2024

**IT IS FURTHER ORDERED** that the Status Conference is continued to 12/16/2024 at 2:00 PM in LV Courtroom 3B.