JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and, ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01287-JCM-BNW<br><br>**Stipulation to Continue Status Check**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiff Latasha Carroll and Defendant United States of America, by and through their undersigned counsel, hereby request the status check currently set for 2:00 p.m. PST on December 16, 2024, be continued by 30 days to **January 15, 2025**. This is the second request to continue the status check. This request is made in good faith and not for any undue delay, and this request would have been filed on the evening of December 13, 2024 but for the downtown blackout disrupting the filing ability of the United States Attorney's Office.

A continuance of the status check is necessary because undersigned counsel for the

1  United States is out of the office for medical reasons. Both parties expect for settlement to

2  be finalized by the time of the requested continuance. For the foregoing reasons, the parties

3  request that the Court continue the status check by 30 days to January 15, 2025.

4      Respectfully submitted this 16th day of December 2024.

6  JASON M. FRIERSON                        RALPH A. SCHWARTZ, P.C.
United States Attorney

8  /s/ Virginia T. Tomova                     /s/ Michele Schwartz
Virginia T. Tomova                           Michele Schwartz, Esq.
Assistant United States Attorney         Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/17/2024

18  **IT IS FURTHER ORDERED** that the status conference is continued to

19  January 15, 2025 at 4:00 PM in LV Courtroom 3b. To obtain a Zoom invitation, the

20  parties are directed to contact Courtroom Administrator Elvia Garcia at

21  elvia_garcia@nvd.uscourts.gov no later than noon the day before the status conference.

2