RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATASHA CARROLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, through the United States Postal Service, an agency of the Government of the United States of America, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-01287-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, LATASHA CARROLL (hereinafter "Plaintiff"), through her counsel, RALPH A. SCHWARTZ, ESQ., of RALPH A. SCHWARTZ, PC, and Defendant, UNITED STATES OF AMERICA (hereinafter "Defendant"), by and through their counsel, VIRGINIA T. TOMOVA, ESQ., of U.S. ATTORNEYS OFFICE, that that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 15th Day of January, 2025.                         Dated this 15th Day of January, 2025.

**RALPH A. SCHWARTZ, PC**                                       **U.S. ATTORNEY'S OFFICE**

By: _/s/ Ralph A. Schwartz_____                           By: __/s/ Virginia T. Tomova_____
RALPH A. SCHWARTZ, ESQ.                                       VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 5488                                           Assistant United States Attorney
400 South Seventh Street, Suite 100                           501 S. Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101                                       Las Vegas, Nevada 89101
*Attorney for Plaintiff*                                       *Attorneys for Defendant USA*

*CASE NO: 2:22-cv-01287-JCM-BNW*

## **ORDER**

Upon stipulation of counsel and good cause appearing,

IT HEREBY ORDERED that Plaintiff, LATASHA CARROLL's claims against Defendant, UNITED STATES OF AMERICA, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated January 22, 2025.

*[signature]*
U.S. DISTRICT COURT JUDGE